IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GAIL WILSON | * | |
| Plaintiff | | |
| | * | |
| vs. | | Civil Action No.   ELH-10-2385 |
| | * | |
| U.S. DEPARTMENT OF VETERANS AFFAIRS, ET AL. | * | |
| Defendants | * | |

\*\*\*\*\*\*

**ORDER**

On February 9, 2011, this Court issued an Order (ECF10) dismissing the Complaint, without prejudice, and granting Plaintiff 20 days leave to amend.  Plaintiff has failed to file an Amended Complaint.  Therefore, this case is DISMISSED, without prejudice, and the Clerk is directed to close the case.


Date: March 15, 2011                                    /s/                                                             
                                                                Ellen Lipton Hollander
                                                                United States District Judge